UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 09-20839-CIV-MORENO

**RICARDO PONCE, JOHN TORRES,**
**BERNARD RENE, ESTELA ZAYAS, and**
**TERESO ARMUELLES,** on behalf of themselves
and all others similarly situated,

    Plaintiff,

v.

**FONTAINEBLEAU RESORTS, LLC.,**

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL AND FOR RELIEF FROM NOTICE OF COURT PRACTICE IN FLSA CASES

Sarelson & Shafir LLP ("the Firm"), counsel for Plaintiffs Ricardo Ponce, Estela Zayas, Tereso Armuelles, and John Torres ("Plaintiffs")[1], hereby files this Motion to Withdraw as Counsel pursuant to Local Rule 7.1, and requests that this Court further grant Plaintiffs and the Firm relief from its April 3, 2009 Notice of Court Practice in FLSA Cases (D.E. 3), and in support thereof states as follows:

1. The Firm was retained by Plaintiffs to pursue Plaintiffs' claims for unpaid wages, unpaid overtime, and other discrimination-based claims (including without limitation age, gender and national origin discrimination) against Defendant Fontainebleau Resorts, LLC ("Defendant").

2. The Complaint in this action was filed on April 1, 2009.

---

[1] The Firm does not seek to withdraw as counsel for Plaintiff Bernard Rene, as he does not share the viewpoint of his co-Plaintiffs. Mr. Rene's settlement paperwork should be processed within a matter of days.

3. The Firm reached a very favorable and early settlement of Plaintiffs' claims with counsel for Defendant[2] on Tuesday, April 14, 2009. Each Plaintiff was contacted on that date by the Firm and gave their respective consents to the settlement terms.

4. In a series of unexpected telephone calls on April 15, 2009 and April 16, 2009, Plaintiffs inexplicably reversed course, repudiated the settlement, and indicated that they desired to terminate the Firm and obtain new counsel.

5. Despite the Firm's best efforts, including efforts to explain the binding effect of settlement agreements, Plaintiffs have refused to budge and have reiterated their desire to obtain new counsel.

6. On April 16, 2009, Plaintiffs "fired" the Firm.

7. The Firm thus requests permission to immediately withdraw as counsel.

8. Furthermore, in light of its termination, the Firm respectfully requests that this Court defer the requirement that Plaintiffs file a Statement of Claim (*see* D.E. 3) until such time as Plaintiffs have been able to retain new counsel.

WHEREFORE, Sarelson & Shafir LLP respectfully requests this Court to enter an Order granting its Motion to Withdraw as Counsel, and to further grant Plaintiffs an extension of time within which to file their Statement of Claim, until such time as they are able to retain new counsel, and grant any further relief this Court deems just and proper.

---

[2] Specifically, the Firm has had numerous telephone conferences, and one in-person meeting, with David A. Buchsbaum, Esq. of Fisher & Phillips, which represents Defendant.

2

SARELSON & SHAFIR LLP, 1401 Brickell Avenue, Suite 510, Miami, Florida 33132, 305-379-0305, 800-421-9954 (fax)
www.sarelson-shafir.com

Respectfully submitted,

*/s/ Michael A. Shafir*

Matthew Seth Sarelson, Esq.
Fla. Bar No. 888281
Michael A. Shafir, Esq.
Fla. Bar No. 660671
**SARELSON & SHAFIR LLP**
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
305-379--0305
800-421-9954 (fax)
msarelson@sarelson-shafir.com
mshafir@sarelson-shafir.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Michael A. Shafir*

Michael A. Shafir, Esq.

### Service List
### Case No. 09-20839-CIV-MORENO

David A. Buchsbaum, Esq. (via e-mail)
Fisher & Phillips LLP
Suite 800
450 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Phone: (954) 847-4730
Fax: (954) 525-8739
Email: dbuchsbaum@laborlawyers.com
Counsel for Defendant

3

SARELSON & SHAFIR LLP, 1401 Brickell Avenue, Suite 510, Miami, Florida 33132, 305-379-0305, 800-421-9954 (fax)
www.sarelson-shafir.com