UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-20839-CIV-MORENO**

RICARDO PONCE, JOHN TORRES,
BERNARD RENE, ESTELA ZAYAS, and
TERESO ARMUELLES,

    Plaintiffs,
vs.

FONTAINEBLEAU RESORTS, LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION FOR RELIEF

THIS CAUSE came before the Court upon Plaintiffs' counsel's Motion to Withdraw as Counsel and for Relief from Notice of Court Practice in FLSA Cases **(D.E. No. 5)**, filed on **April 16, 2009**.

THE COURT has considered the motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to withdraw is GRANTED. It is also

**ADJUDGED** that the motion for relief from Notice of Court Practice in FLSA cases is DENIED. With the exception of Plaintiff Bernard Rene, all other Plaintiffs shall proceed *pro se* until they obtain counsel. Plaintiffs shall comply with all Court orders. Plaintiffs' counsel shall forward a copy of this Order to all Plaintiffs' last known addresses.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2009.

                                                      FEDERICO A. MORENO
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record