UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 09-20839-CIV-MORENO

**RICARDO PONCE, JOHN TORRES,**
**BERNARD RENE, ESTELA ZAYAS, and**
**TERESO ARMUELLES**, on behalf of themselves
and all others similarly situated,

    Plaintiff,

v.

**FONTAINEBLEAU RESORTS, LLC.**,

    Defendant.
_____/

**SARELSON & SHAFIR LLP'S NOTICE OF FILING CHARGING LIEN
AGAINST PLAINTIFFS PONCE, TORRES, ZAYAS & ARMUELLES**

    Pursuant to Local Rule 7.1 and Florida common law, Sarelson & Shafir LLP files its Notice of Filing Charging Lien against Plaintiffs Ponce, Torres, Zayas and Armuelles ("Plaintiffs").

    Sarelson & Shafir LLP was retained to provide representation to Plaintiffs in this matter and with respect to now pending charges of age discrimination with the Equal Employment Opportunity Commission. Payment to Sarelson & Shafir LLP was contingent upon Plaintiffs' recovery. Sarelson & Shafir LLP was fired by the Plaintiffs. All parties are put on notice that Sarelson & Shafir LLP has a lien on any settlement or award to Plaintiffs in this matter or with respect to their age discrimination claims.

                              Respectfully submitted,

                              /s/ Matthew Sarelson_____
                              Matthew Seth Sarelson, Esq.
                              Fla. Bar No. 888281
                              Michael A. Shafir, Esq.
                              Fla. Bar No. 660671
                              **SARELSON & SHAFIR LLP**

                                                        1401 Brickell Avenue, Suite 510
                                                       Miami, Florida 33131
                                                       305-379--0305
                                                       800-421-9954 (fax)
                                                       msarelson@sarelson-shafir.com
                                                       mshafir@sarelson-shafir.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 22, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. Copies of this Notice are also being mailed to the Plaintiffs.

                                                  __/s/ Matthew Sarelson____
                                                  Matthew Seth Sarelson, Esq.

                                                      **Service List**
                                        **Case No. 09-20839-CIV-MORENO**

David A. Buchsbaum, Esq. (via e-mail)
Fisher & Phillips LLP
Suite 800
450 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Phone: (954) 847-4730
Fax: (954) 525-8739
Email: dbuchsbaum@laborlawyers.com
Counsel for Defendant

SARELSON & SHAFIR LLP, 1401 Brickell Avenue, Suite 510, Miami, Florida 33132, 305-379-0305, 800-421-9954 (fax)
www.sarelson-shafir.com