

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-20839-CIV-MORENO**

RICARDO PONCE, JOHN TORRES, ESTELA
ZAYAS, and TERESO ARMUELLES,

    Plaintiffs,

vs.

FONTAINEBLEAU RESORTS, LLC,

    Defendant.
_____/

## ORDER DENYING MOTION TO AMEND COMPLAINT AND GRANTING MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs' Motion to Amend Complaint (**D.E. No. 30**), filed on **August 10, 2009** and Defendant's Motion for Summary Judgment and for Sanctions (**D.E. No. 27 &28**) filed on **August 6, 2009**.

THE COURT has considered the motions, the responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Defendant's motion for summary judgment is GRANTED as the parties agree the named Defendant is not Plaintiffs' employer and thus not the proper party in this suit. It is also

**ADJUDGED** that the motion to amend the complaint is DENIED as untimely. Not only did Plaintiffs file the motion to amend past the Court's deadline of July 20, 2009, but it appears that Defendant had been providing notice to Plaintiffs since as early as May, 2009 that Defendant was not Plaintiffs' employer. It is also

**ADJUDGED** that Defendant's motion for sanctions is DENIED. It is also

**ADJUDGED** that all other pending motions are DENIED as moot and this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of August, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record